UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

John Robert Demos,

              Petitioner,

    v.

Michael Oberland,

              Respondent.

CASE NO. 3:19-cv-05012-RJB-JRC

REPORT AND RECOMMENDATION

NOTED FOR: May 31, 2019

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

    Petitioner John Demos, a bar-order litigant, filed a proposed 28 U.S.C. § 2254 habeas petition and application to proceed *in forma pauperis*. Dkt. 1, 5. He has not paid the filing fee. An Order of this Court provides for the return without filing of any petition by petitioner that seeks

REPORT AND RECOMMENDATION - 1

1  an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the
2  filing fee.  *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).
3     As petitioner has not submitted a filing fee, the Court recommends that, pursuant to the
4  Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter
5  and to strike any pending motions as moot.  Moreover, Mr. Demos may not proceed with a second
6  or successive habeas petition here unless and until the Ninth Circuit authorizes its filing.  *See* 28
7  U.S.C. § 2244(b)(3)(A).  A proposed Order is attached.
8     Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
9  fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
10 6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*
11 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
12 of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
13 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
14 imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on May
15 31, 2019, as noted in the caption.
16     Dated this 6th day of May, 2019.

J. Richard Creatura
United States Magistrate Judge