UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>                    Petitioner,<br><br>      v.<br><br>MICHAEL OBERLAND,<br><br>                    Respondent. | CASE NO. 19-5012 RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura. Dkt. 6. The Court has considered the Report and Recommendation, Petitioner's objections, and the remaining record.

The Report and Recommendation recommends closing this case and striking all pending motions as moot for Petitioner's failure to pay the filing fee. Dkt. 6. The Report and Recommendation notes that the petitioner is currently enjoined from proceeding *in forma pauperis* unless certain requirements are met and they are not met here. *Id.* The Petitioner files objections, which do not provide a basis to reject the Report and Recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The Report and Recommendation (Dkt. 6) should be adopted, the pending motions stricken and the case closed.

It is **ORDERED**:

- The Report and Recommendation (Dkt. 6) **IS ADOPTED**;
- This case **IS CLOSED**; and
- All pending motions **ARE STRICKEN**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 5th day of June, 2019.

ROBERT J. BRYAN
United States District Judge